IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE:  JOHN HOWARD SAGERS, JR.,         CASE NO: 3:18-bk-71950
        DEBTOR                                                         CHAPTER 7

**MOTION TO AVOID LIEN
WITH NOTICE OF OPPORTUNITY TO OBJECT**

Comes now the Debtor, John Howard Sagers, Jr., by and through his attorney, Joel G. Hargis, and for his Motion to Avoid Lien state and allege as follows:

1. The Debtor filed with this Court their voluntary Chapter 13 bankruptcy Petition and schedules on July 20, 2018.

2. O'Reilly Automotive Stores, Inc (hereinafter "Creditor") is listed on the Debtor's Amended Schedule "F" at the following address:

> O' Reilly Automotive Stores, Inc
> 233 South Patterson Ave.
> Springfield MO 65802

3. On or about November 7, 2018, the Creditor obtained a judgment in the Circuit Court of Boone County, Arkansas, against the Debtor in Case No: 05CV-17-168-4 in the approximate sum and amount of $11,495.90, together with additional costs incurred in the enforcement of the judgement, which includes court costs and attorney fees.  As a result of said judgment, the Creditor claims a judicial lien in the property of the Debtor located in Boone County.  Specifically, the above-named Creditor claims a judicial lien in the real property that the Debtor's claim and exempt as his homestead located at 3596 Old Capps Rd, Harrison, AR 72601, Boone County, Arkansas.

4. The judicial lien asserted by the above-named creditor/respondent in the

real property of the Debtor's impairs an exemption to which the Debtor/movant is entitled under 11 U.S.C. Section 522(b) and should be avoided pursuant to 11 U.S.C. Section 522(f). The above-named creditor/respondent should be relegated to the status of an unsecured creditor without priority.

5. **NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO AVOID JUDGMENT LIEN**: You are hereby notified that the captioned Debtors have filed the attached Motion to Avoid Judgment Lien. Objections to such Motion must be filed with the Bankruptcy Court at 35 E. Mountain Street, Rm 316, Fayetteville, AR 72701, in writing within 30 days from the date of this notice, with copies to the attorney for Debtor and Bianca M. Rucker served as the Chapter 7 trustee at the time.

6. If objections to the Motion to Set Aside Lien Impairing Debtor's Exemptions are filed, they will be set by hearing by subsequent notice. If no objections are received, the Motion may be granted without further notice or hearing.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this Court enter an Order finding the Judicial Lien asserted by O'Reilly Automotive Stores, Inc. to be avoided and that O'Reilly Automotive Stores, Inc be relegated to the status of a general unsecured creditor without priority along with all other relief to which Debtor may show herself entitled.

RESPECTFULLY SUBMITTED,
JOHN HOWARD SAGERS, JR.

DATE: January 16, 2026    BY: /s/ Joel G. Hargis
Joel G. Hargis
Attorney at Law
P. O. Box 184
Fort Smith AR 72902-0184
(479) 782-5297

## CERTIFICATE OF SERVICE

I, Joel G. Hargis, Attorney for the Debtor herein, states that I have served a true and correct copy of the above and foregoing pleading by electronic delivery or by depositing a copy of the same in the U.S. Mail, postage prepaid, on this 16th of January 2026 as follows:

UST – CM/ECF

O'Reilly Automotive Services Inc. – via US Mail
233 South Patterson Ave.
Springfield MO 65802

O'Reilly Automotive Services Inc. – via US Mail
c/o C T Corporation System
320 S. Izard Street
Little Rock AR 72201

Paul Hickey – via US Mail
Counsel for O'Reilly Automotive Services Inc
400 W. Capitol Ave, Suite 1400
Little Rock AR 72201

O'Reilly Automotive Stores, Inc. – via US Mail
c/o The Corporation Company
106 Colony Park Drive Ste. 800-B
Cumming, GA 30040

All Creditors per the Matrix – via US Mail

/s/Joel G, Hargis
Joel G. Hargis